# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| CRISTOBAEL CUFFEE-BILAL EL MAURITAN, Propria Persona Sui Juirs<br>*Plaintiff*<br>v.<br>OFFICER JOSE RODRIGUEZ, STATE OF NEW YORK, CITY OF ROCHESTER, and ROCHESTER POLICE DEPARTMENT<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 09-CV-6604 T |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: the complaint is dismissed without prejudice.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Richard J. Arcara on a motion for N/A

Date: Jan 14, 2010

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*